TRUMBULL SECURITIES CORPORATION, Respondent, Appellant, v. JAMES F. CAVANAGH, Appellant, Respondent.— Action to recover damages for fraud in the purchase and sale of real estate. On appeal by defendant, judgment unanimously affirmed, with costs to plaintiff. No opinion. On appeal by plaintiff, order

denying plaintiff's motion to amend judgment by adding interest thereto affirmed, with ten dollars costs and disbursements to defendant. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.